JS-6

FILED
CLERK, U.S. DISTRICT COURT

2/7/2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELVIN JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>JAMES WILLIAMS, an individual, GUSTAVO VIRAMONTES, an individual, CITY OF LOS ANGELES, a public entity, and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO. CV17-01902 MWF (KSx)<br>*Hon. Michael W. Fitzgerald, Ctrm. 5A, 1st Street*<br>*Mag. Karen E. Scott, Ctrm. 6D, Santa Ana*<br><br>**ORDER DISMISSING ENTIRE ACTION**<br><br>[Filed concurrently with Stipulation For Dismissal of Entire Action] |

**GOOD CAUSE appearing therefore**,

**IT IS HEREBY ORDERED** that the above-captioned action against Defendants **CITY OF LOS ANGELES, JAMES WILLIAMS** and **GUSTAVO VIRAMONTES**, are dismissed, with prejudice. All parties shall bear their own costs and attorneys' fees.

DATED: February 7, 2018

_____
**MICHAEL W. FITZGERALD**
UNITED STATES DISTRICT JUDGE

1